UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE RAFAEL URENA, | : | |
| | : | |
| Petitioner, | : | |
| | : | 1:14-cv-130 |
| v. | : | |
| | : | Hon. John E. Jones III |
| WARDEN DAVID EBBERT, | : | |
| | : | |
| Respondent. | : | |

# ORDER

**February 20, 2014**

In accordance with the Memorandum issued on today's date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED.**

2. The Clerk of Court is directed to **CLOSE** the case.

s/ John E. Jones III
John E. Jones III
United States District Judge
